IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHRISTOPHER ANDREW BURTON,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL NO. JKB-25-0667** |
| **MATTHEW LUKE TURNER, et al.,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff Christopher Andrew Burton filed suit against Matthew Luke Turner and the Harford County Sheriff's Office. (ECF No. 1.) Counsel has entered an appearance on behalf of Turner. (ECF No. 9.) Turner's counsel filed correspondence with the Court explaining that Turner and Burton "would like to make a joint request for the case to be stayed pending referral for a settlement conference before a United States Magistrate Judge." (ECF No. 10.) The Court will stay the deadlines in this case and will refer it for a settlement conference before a United States Magistrate Judge.

However, with respect to the Harford County Sheriff's Office, a notice has been filed by the Harford County Department of Law indicating that "[t]here is no legal entity named the Harford County Sheriff's Office" and that "[t]he County Attorney promptly notified counsel for Plaintiffs that service of a summons and a copy of the Complaint . . . was insufficient to obtain personal jurisdiction over any named defendant." (ECF No. 8.) The Court will direct Burton to provide an update on the status of the Harford County Sheriff's Office as a defendant in this matter.

Accordingly, it is ORDERED that:

1. The dates and deadlines in this case are STAYED other than those set forth below;

2. This matter will be referred to a United States Magistrate Judge for settlement;

3. Burton SHALL FILE a status report regarding the status of the Harford County Sheriff's Office as a defendant in this matter within 30 days of this Order; and

4. The parties SHALL FILE a joint status report advising the Court of the status of this case within 60 days of this Order.

DATED this 18 day of April, 2025.

BY THE COURT:

James K. Bredar
United States District Judge